CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:26-cr-00012 CRB |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM APRIL 20, 2026, TO MAY 26, 2026, AND [PROPOSED] ORDER |
| v. | |
| GUILLERMO HERNANDEZ-ESCOBAR, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Guillermo Hernandez-Escobar, that time be excluded under the Speedy Trial Act from April 20, 2026, through May 26, 2026.

The parties stipulate and agree that excluding time until May 26, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 20, 2026, through May 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Time was previously excluded through April 6, 2026, the date of a vacated status hearing.

The undersigned Assistant United States Attorney certifies that he has obtained approval from

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 3:26-cr-00012 CRB          1                         v. 9/18/2025

counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 20, 2026                              /s/
                                          RICHARD EWENSTEIN
                                          Assistant United States Attorney


DATED: April 20, 2026                              /s/
                                          KARTHIK RAJU
                                          Counsel for Defendant Guillermo Hernandez-
                                          Escobar

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from April 20, 2026, through May 26, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 20, 2026, to May 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 20, 2026, through May 26, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED:  April 22, 2026

                                          HON. CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE